UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERIC W. VOIDE                  JURY TRIAL DEMANDED

v.                                CASE NO. 3:11 cv

LAW OFFICES HOWARD LEE SCHIFF, P.C.

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant Schiff is a law firm engaged in the practice of consumer debt collection.

6. Defendant engaged in efforts to collect from plaintiff a personal credit card account issued on behalf of Capital One Bank.

7. On December 14, 2010, defendant sent its form ZE initial letter to plaintiff seeking payment of $10,360.10.

8. On December 22, 2010, plaintiff mailed to defendant a written dispute letter.

9. Defendant received the dispute letter on December 23, 2010.

10. Without responding to the dispute in any manner, on February 4, 2011, defendant issued a summons and complaint, seeking payment of $6,356.54.

11. Defendant's complaint requested relief, including postjudgment interest.

12. Defendant did not allege that plaintiff had unlawfully detained money.

13. In the course of the collection, defendant Schiff violated the FDCPA, §1692d, -e, -f(1), or -g.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant Schiff for statutory damages, pursuant to 15 U.S.C. § 1692k;

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just and proper.

PLAINTIFF,

BY  **/s/ Joanne S. Faulkner**
Joanne S. Faulkner ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net